H. R. Duval, as Receiver of the Florida Railway and Navigation Company, Plaintiff in Error, vs. Isaac Meyers, Defendant in Error.

Writ of Error to Circuit Court Duval county.

*John A. Henderson and John C. Cooper*, for Plaintiff in Error.

*M. C. Jordan*, for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. The judgment is affirmed.

Decision Per Curiam.

---

The First National Bank of Orlando, a corporation under the laws of the United States, and John N. C. Stockton, as Receiver, Plaintiffs in Error, vs. Ziba King, Defendant in Error.

Writ of Error to Circuit Court DeSoto county.

*Beggs & Palmer*, for Plaintiffs in Error.

*Sparkman & Sparkman*, for Defendant in Error.

This action was brought by the plaintiffs in error against the defendant in error. There was judgment for the defendant, and the plaintiffs take writ of error.

Writ of error dismissed because no properly certified transcript of record has been filed.